**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**Plinio Alvarado Quinonez,**

    **Plaintiff,**

**vs.**                                  **Civil Action No. 3:21-cv-159**

**IMI Material Handling Logistics, Inc., et al.,**

    **Defendant.**

## STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD

The current deadline for Defendant Laporte Consultants Corp. to answer or otherwise respond to Plaintiff's Complaint is November 8, 2021. Laporte and Plaintiff hereby stipulate and agree that Defendant shall have an additional 21 days, until November 29, 2021, to respond to Plaintiff's Complaint. (ECF #1). Pursuant to S.D. Loc. R. 6.1., no prior stipulated extensions have been requested or granted by Laporte.

Respectfully Submitted,

*/s/ Tyler c. Haslam*    (per email 11/4/2021)
Tyler C. Haslam (OH# 0086861)
HASLAM LAW FIRM LLC
P.O. Box 585
Huntington, WV 25710
T: (855) 225-3750
F: (304) 948-8282
tyler@haslamlawfirm.com

Brigham M. Anderson (OH# 0078174)
ANDERSON & ANDERSON CO., LPA
P.O. Box 712
Ironton, OH 45638
T: (740) 532-7779
F: (740) 532-7785
andersonlawoffice@hotmail.com

Respectfully submitted,

*/s/ Zachary B. Pyers*
Zachary B. Pyers    (0083606)
Kenton H. Steele    (0096906)
REMINGER CO., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Tel.: (614) 232-2411
Fax: (614) 232-2410
Email: zpyers@reminger.com;
ksteele@reminger.com
Attorneys for Defendant, LaPorte Consultants
Corp.

## CERTIFICATE OF SERVICE

On this 5th day of November 2021, the foregoing was filed and served via the Court's electronic filing system and via email to all counsel of record.

/s/ Zachary B. Pyers
Zachary B. Pyers     (0083606)
Kenton H. Steele     (0096906)

2