**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO,
WESTERN DIVISION**

| | | |
|---|---|---|
| **PLINIO ALVARADO QUINONEZ** | ) | Case No. 3:21-CV-159 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE WALTER H. RICE** |
| **vs.** | ) | |
| | ) | **STIPULATION FOR EXTENSION** |
| **IMI MATERIAL HANDLING** | ) | **OF TIME TO ANSWER OR RESPOND** |
| **LOGISTICS INC., et al.,** | ) | **TO PLAINTIFF'S COMPLAINT** |
| | ) | |
| **Defendants.** | ) | |

It is stipulated by Plaintiff, Plinio Alvarado Quinonez and Defendant, IMI Material Handling Logistics INC., by and through their undersigned counsel that Defendant IMI Material Handling Logistics INC. shall have an extension of time of twenty-one (21) days, up to and including, November 29, 2021, in which to answer, move or otherwise plead to the Complaint in the above-referenced action.  No prior Extensions of Time to Answer or Respond to Plaintiff's Complaint have been stipulated to or requested.

SO STIPULATED AND APPROVED.

Per telephone consent 11/3/21
Tyler C. Haslam (OH # 0086861)
HASLAM LAW FIRM LLC
P.O. Box 585
Huntington, WV 25710
Telephone: (855) 225-3750
Facsimile: (304) 948-8282
E-mail: tyler@haslamlawfirm.com

*Attorney for Plaintiff Plinio Alvarado Quinonez*

Piero P. Cozza, Esq. (OH #0072419)
DICKIE, MCCAMEY & CHILCOTE, P.C.
401 Market Street, Suite 810
Steubenville, OH  43952
Telephone:  (740) 184-1682
Facsimile:  (888) 811-7144
E-Mail:  pcozza@dmclaw.com

*Attorney for Defendant, IMI Material Handling Logistics IN*

**CERTIFICATE OF SERVICE**

 A copy of the foregoing pleading was filed electronically this 5th day of November, 2021.

Notice of this filing will be sent to the parties by operation of the Court's electronic filing

system. Parties may access this filing through the Court's system.

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____

Piero P. Cozza (#0072419)