IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PLINIO ALVARADO QUINONEZ,

    Plaintiff,

v.

IMI MATERIAL HANDLING
LOGISTICS, INC., *et al.*,

    Defendants.

:
:
:
:

Case No. 3:21-cv-159

JUDGE WALTER H. RICE

---

ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT CROCS, INC., WITH PREJUDICE

---

On December 29, 2021, the Court dismissed all claims against Defendant Crocs, Inc., without prejudice, Doc. #38, and gave Plaintiff 14 days to either seek leave to file an Amended Complaint or to notify the Court that he did not intend to do so.

Given Plaintiff's Notice, Doc. #39, that he does not intend to seek leave to file an Amended Complaint as it relates to Crocs, Inc., the Court now DISMISSES all claims against Defendant Crocs, Inc., WITH PREJUDICE.

Date: March 14, 2022

                                               */s/ Walter H. Rice*
                                               WALTER H. RICE
                                               UNITED STATES DISTRICT JUDGE