IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| PLINIO ALVARADO QUINONEZ, | ) | CASE NO. 3:21-CV-159 |
| | ) | |
| Plaintiff, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | CAROLINE H. GENTRY |
| IMI MATERIAL HANDLING LOGISTICS, | ) | |
| INC., a Nevada for-profit corporation, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTIFICATION OF BANKRUPTCY AND SUGGESTION OF STAY

The undersigned hereby gives formal notice to the Court and other parties that the above-referenced Defendant, IMI Material Handling Logistics,  Inc., has, on September 17, 2022, commenced a Chapter 7 Voluntary Petition for Bankruptcy, Case No. 22-13351-nmc, in the U.S. Bankruptcy Court for the District of Nevada.

Section 362 of the U.S. Bankruptcy Code (11 U.S.C. § 362) provides, *inter alia*, for an automatic stay of civil proceedings against debtors during pendency of bankruptcy proceedings.  This notice is given by the undersigned attorney for Defendant IMI Material Handling Logistics, Inc.

Respectfully submitted,

Piero P. Cozza, Esq. (OH #0072419)
DICKIE, MCCAMEY & CHILCOTE, P.C.
401 Market Street, Suite 810
Steubenville, OH  43952
Telephone:  (740) 284-1682
Facsimile:  (888) 811-7144
E-mail:  pcozza@dmclaw.com

*Attorneys for Defendant, IMI Material*
*Handling Logistics, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby states that the foregoing was electronically filed with the Court's electronic filing system this 23th day of September 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's electronic docket.

By: _____
Piero P. Cozza, Esq. (OH #0072419)

2