IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| PLINIO ALVARADO QUINONEZ, | ) | CASE NO. 3:21-CV-159 |
| | ) | |
| Plaintiff, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | CAROLINE H. GENTRY |
| IMI MATERIAL HANDLING LOGISTICS, | ) | |
| INC., a Nevada for-profit corporation, et al. | ) | |
| | ) | |
| Defendants. | ) | |

AMENDED
**ORDER OF STAY IN PROCEEDINGS**

On September 23, 2022, Counsel for Defendants, IMI Material Handling Logistics, Inc, served upon all counsel and filed with this Court their "Notification of Bankruptcy and Suggestion of Stay", attached to this Order as Appendix A.

In accordance therewith, it is hereby ORDERED, DECREED, and ADJUDGED that Defendant, IMI Material Handling Logistics' Automatic Bankruptcy Stay is GRANTED and that the Automatic Bankruptcy Stay shall remain in place for this defendant ONLY. The automatic Bankruptcy Stay will remain in place until such a time as the Automatic Bankruptcy Stay is lifted by further Order of Court. The case shall proceed with activity in furtherance of the prosecution against the other named defendants of this case.

BY THE COURT:

_Walter H. Rice_
Honorable Judge Walter H. Rice

1