**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| PLINIO ALVARADO QUINONEZ | : | Case No. 3:21-cv-00159-WHR |
| | : | |
| Plaintiff, | : | Judge Walter H. Rice |
| | : | |
| v. | : | |
| | : | |
| IMI MATERIAL HANDLING | : | *(ELECTRONICALLY FILED)* |
| LOGISTICS, INC., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF DISMISSAL OF CROSS-CLAIM OF**
**THIRD-PARTY DEFENDANT, CROCS, INC.**

Third-Party Defendant, Crocs, Inc., by and through counsel, and in response to the Court's Order Requiring Counsel to Show Cause (Doc. 132), voluntarily dismisses without prejudice its Cross-Claim in this action asserted against Defendants, Dematic Corp., Sergio Romero, Lorenzo Avila, and Justin Parsons, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

David E. Williamson (0071270)
Donielle S. Willis (0096920)
MARSHALL DENNEHEY, P.C.
312 Elm Street, Suite 1850
Cincinnati, Ohio  45202
Phone: (513) 372-6816
Fax: (513) 372-6801
dewilliamson@mdwcg.com
dswillis@mdwcg.com
*Attorneys for Defendants, Dematic Corp.,*
*Sergio Romero, Lorenzo Avila, and Justin*
*Parsons, and Third-Party Defendant, Crocs,*
*Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically with the Clerk this 23rd day of July, 2024, which will give notice of the filing to all parties to this action who are registered with the Court's CM/ECF filing system.

David E. Williamson