**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO,**
**WESTERN DIVISION**

**PLINIO ALVARADO QUINONEZ,**

      **Plaintiff,**

      **vs.**                        **Case No. 3:21-cv-159**

**IMI MATERIAL HANDLING**             **JUDGE WALTER H. RICE**
**LOGISTICS INC.,** *et al.*

      **Defendants.**

---

**NOTICE OF DISMISSAL OF DOE DEFENDANTS WITHOUT PREJUDICE**

---

COMES NOW the Plaintiff Plinio Alvarado Quinonez, by and through counsel Tyler C. Haslam and Haslam Law Firm LLC, and, in response to the Court's order to show cause regarding the Doe Defendants [Doc. 130], voluntarily dismisses without prejudice the claims asserted against the Doe Defendants in this matter in accordance with Rule 41 of the Federal Rules of Civil Procedure.

                             Respectfully submitted,

                             s/ Tyler C. Haslam
                             Tyler C. Haslam (Ohio Bar No. 0086861)
                             *HASLAM LAW FIRM LLC*
                             Post Office Box 585
                             Huntington, WV 25710
                             T:  (304) 948-8529/F:  (304) 948-8282
                             tyler@haslamlawfirm.com

2

## PROOF OF SERVICE

This is to certify that a true and accurate copy of the foregoing was filed electronically with the Clerk of this Court utilizing the CM/ECF system and that a copy of the same was electronically transmitted to each of the parties via the same method.

> s/ Tyler C. Haslam
> Tyler C. Haslam (Ohio Bar No. 0086861)
> *HASLAM LAW FIRM LLC*
> Post Office Box 585
> Huntington, WV 25710
> T:  (304) 948-8529/F:  (304) 948-8282
> tyler@haslamlawfirm.com

2