IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PLINIO ALVARADO                     :
QUINONEZ,

    Plaintiff,                          Case No. 3:21-cv-159

    v.                          :  Judge Walter H. Rice

IMI MATERIAL HANDLING                   Mag. Judge Caroline H. Gentry
LOGISTICS, INC., *et al.*,           :

    Defendants.

---

ORDER NOTING THE DISMISSAL WITHOUT PREJUDICE OF THIRD-
PARTY DEFENDANT CROCS, INC.'S CROSS-CLAIM AGAINST
DEFENDANTS DEMATIC CORP., SERGIO ROMERO, LORENZO AVILA,
AND JUSTIN PARSONS ("DEMATIC DEFENDANTS") (DOC. #133)
AND FINDING COUNSEL DAVID E. WILLIAMSON AND DONIELLE S.
WILLIS HAVE SHOWN GOOD CAUSE TO CONTINUE THEIR
SIMULTANEOUS REPRESENTATION OF CROCS AND DEMATIC
DEFENDANTS, AS CROCS AND DEMATIC DEFENDANTS' INTERESTS
IN THE LITIGATION ARE NOW ALIGNED

---

On July 9, 2024, in light of Third-Party Defendant Crocs, Inc. ("Crocs")

having an active cross-claim against Defendants Dematic Corporation ("Dematic"),

Sergio Romero, Lorenzo Avila, and Justin Parsons (collectively "Dematic

Defendants") (Doc. #63), and David E. Williamson and Donielle S. Willis's

(collectively "Counsel") simultaneous representation of Crocs and Dematic

Defendants, ordered Counsel to show cause why: (1) Crocs's cross-claim against

Dematic Defendants should not be dismissed; and (2) their simultaneous

representation complied with Ohio Rule of Professional Conduct 1.7. (Doc. #132). On July 23, 2024, Crocs voluntarily dismissed without prejudice its cross-claim against Dematic Defendants. (Notice, Doc. #133). That same day, Counsel stated that at some point after Crocs filed its cross-claim against Dematic Defendants, it "tendered the defense of claims asserted against it to Dematic. Dematic accepted Crocs'[s] tender of defense, and Responding Counsel substituted in for Crocs'[s] prior counsel, and undertook the simultaneous representation of Crocs and the Dematic Defendants. (Response, Doc. #134, PAGEID 1556).[1]

In light of Crocs's dismissal of the cross-claim and Counsel's representation regarding Dematic Defendants' acceptance of the tender of defense, the Court finds that the interests of Crocs and Dematic Defendants in this litigation are aligned. Thus, Counsel has shown good cause to continue their simultaneous representation of both parties.

IT IS SO ORDERED.

July 25, 2024

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] As discussed previously (Doc. #132, PAGEID 1550 n.1), Defendants NP Dayton Building, IV, LLC, NPD Management, LLC, and Northpoint Development, LLC, filed a Third-Party Complaint against Crocs on March 10, 2022 (Doc. #53), which remains pending.

2