**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**PLINIO ALVARADO QUINONEZ**

      **Plaintiff,**

v.

**IMI MATERIAL HANDLING LOGISTICS
INC., et al.**

      **Defendants.**

**Case No. 3:21cv159**

**District Judge Walter H. Rice**

---

## ORDER OF REFERENCE

---

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for purposes of conducting a mediation.

Dated: August 1, 2024

                              *Walter H. Rice*
                              WALTER H. RICE, JUDGE
                              UNITED STATES DISTRICT COURT