# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION, DAYTON

| | | |
|---|---|---|
| PLINIO QUINONEZ, | : | |
| | : | Case No. 3:21-cv-159 |
| Plaintiff, | : | |
| | : | Judge Walter H. Rice |
| v. | : | |
| | : | |
| IMI MATERIAL HANDLING LOGISTICS, INC., *et al.* | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS NP DAYTON BUILDING IV, LLC, NPD MANAGEMENT, LLC AND NORTHPOINT DEVELOPMENT, LLC**

Now come Plaintiff Plinio Quinonez ("Plaintiff"), and Defendants NP Dayton Building IV, LLC, NPD Management, LLC and Northpoint Development, LLC (collectively "the Northpoint Defendants"), by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(A)(2) respectfully requests this Court dismiss the Northpoint Defendants. If this Court grants the dismissal of the Northpoint Defendants, the Northpoint Defendants will dismiss all pending counterclaims and third-party claims. A Proposed Order is attached for this Court's convenience.

Respectfully submitted,

**WESTON HURD LLP**

*/s/ Steven G. Carlino*
Steven G. Carlino (0073734)
Kaitlin L. Madigan (0087891)
101 E. Town St., Suite 500
Columbus, Ohio 43215
614-280-0200 (Office)

1

614-280-0204 (Fax)
scarlino@westonhurd.com
kmadigan@westonhurd.com
*Counsel for Defendants/Third-Party Plaintiffs NP Dayton Building IV, LLC, NPD Management, LLC and Northpoint Development, LLC*


*/s/  Tyler C. Haslam* (per email)
Tyler C. Haslam (0086861)
Haslam Law Firm, LLC
P.O. Box 585
Huntington, WV 25710
304-948-8529 (Office)
304-948-8282 (Fax)
tyler@haslamlawfirm.com
*Counsel for Plaintiff*


**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing document was filed electronically on August 12, 2024, with the Clerk of Court using this CM/ECG system and that a copy of the same was electronically transmitted to each of the parties via the same.


*/s/ Steven G. Carlino*
Steven G. Carlino  (0073734)

2