IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PLINIO ALVARADO QUINONEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:21-cv-00159-WHR ) ) JUDGE WALTER H. RICE |
| IMI MATERIAL HANDLING LOGISTICS, INC. et al. | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO DISMISS

This matter is before the Court on the Joint Motion for Dismissal filed by Defendants/Cross-Claim Plaintiffs NP Dayton Building, IV, LLC, NPD Management, LLC and Northpoint Development, LLC (hereinafter "Northpoint Defendants"), by and through counsel, and Defendant Clayco Inc., (hereinafter "Clayco"), by and through counsel. The parties have agreed to dismiss all pending cross-claims, counterclaims, and third-party claims against each other WITH PREJUDICE, each party to bear their own costs.

IT IS SO ORDERED.

_____10-22-24_____  
Date

_____/s/ Walter H. Rice_____  
The Honorable Walter H. Rice  
United States District Court